# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dustin Michael Pitman, | ) | Case No. 1:23-cr-176 |
| | ) | |
| Defendant. | ) | |

On May 15, 2024, the court issued an order conditionally releasing Defendant to Providence House so that he could participate in its treatment programming. (Doc. No. 22). On June 25, 2024, Defendant filed a Motion Amend Bond Conditions. (Doc. No. 27). He advises that he has completed Providence House's programming and has been accepted into Endeavor Sober Living, a sober living facility in Arnegard North Dakota. He requests that the court amend his release conditions to allow him to transition to and reside at Endeavor Sober Living.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 27). Defendant is authorized to transition to and reside at Endeavor Sober Living. Defendant shall comply with all of Endeavor Sober Living's rules and regulations. Defendant shall not change this residence with the prior permission of the Pretrial Services Officer. If terminated from Endeavor Sober Living for any reason, Defendant shall immediately surrender to the custody of the United States Marshal. Defendant otherwise remains subject to all other previously imposed conditions of release that are not inconsistent with this order.

**IT IS SO ORDERED.**

Dated this 25th day of June, 2024.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court