## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER GRANTING** |
| | ) | **MOTION FOR RELEASE FROM** |
| vs. | ) | **CUSTODY** |
| | ) | |
| Dustin Michael Pitman, | ) | |
| | ) | Case No. 1:23-cr-176 |
| Defendant. | ) | |

On December 19, 2024, Defendant filed a Motion to Reconsider Detention and Release from Custody. (Doc. No. 40). He advised that he has been accepted into an outpatient treatment program at Providence House and has found housing through his employer in Watford, City, North Dakota. He requested that the court release him so that he may attend outpatient treatment and return to work.

On December 20, 2024, the court issued an order deferring ruling on Defendant's motion pending receipt and review of his travel plan. (Doc. No. 41). Defendant has since advised that his employer, Brandon Hovland, will transport him from the Ward County Jail, the facility in which he is presently incarcerated, to the address at which he will be residing--3517 8th St. Ave NE Unit 6, Watford City, North Dakota.

Finding Defendant' travel plan acceptable, the court **GRANTS** Defendant's motion (Doc. No. 40). Defendant shall be released no earlier than 10:00 AM on December 31, 2024, to Brandon Hovland for transport to 3517 8th St. Ave NE Unit 6, Watford City, North Dakota. Defendant's release shall be subject to the following conditions:

(1)   Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, any use of medical marijuana, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test.

(4) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6) Defendant shall not knowingly or intentionally have any direct or indirect contact with witnesses, except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of Defendant's legal defense.

(7) Defendant shall reside at 3517 8th St. Ave NE Unit 6, Watford City, North Dakota. He shall not change this residence without the prior approval of the Pretrial Services Officer.

(8) Defendant shall participate in an outpatient treatment program through Providence House.

Defendant must sign all release forms to allow the Pretrial Services Officer to obtain

      information from Providence House OR to communicate with Providence House staff about his progress in the outpatient treatment program.

(9) Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of his release. Defendant shall notify any other residents that the premises may be subject to search pursuant to this condition.

(10) Defendant shall not obtain a passport and other foreign travel document(s).

(11) Defendant must report as soon as possible, to the Pretrial Service Office or his supervising Pretrial Service Officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(12) Defendant shall contact Pretrial Services Officer Skylar Soupir at (701) 530-2416 within 48 hours of his arrival at Providence House.

If Defendant cannot be transported as anticipated on December 31, 2024, he shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 30th of December, 2024.

                                                 */s/ Clare R. Hochhalter*  
                                                 Clare R. Hochhalter, Magistrate Judge  
                                                 United States District Court